UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV -5 AM 9 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TAG/ICIB SERVICES, INC. as agent of CROWLEY AMERICAN TRANSPORT, INC.,

    Plaintiff

vs.

CARLOS CUMBAS,

    Defendant

CIVIL NO. 98-1740 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 28, 1999<br>**Docket # 14**<br><br>[X] **Plffs**   [] **Defts**   [] **Other**<br><br>**Title:** Motion for Withdrawal of Legal Representation | **GRANTED.** The Court hereby **GRANTS** Carlos C. Santiago's motion to withdraw as Plaintiff's legal counsel. The Court understands that the law firm of Muñoz Boneta Gonález Arbona Benítez & Peral will continue to represent Plaintiff. |

Date: 11/4/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:          # 15

1